# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Priority | | | ✓ |
| Send | | | |
| Enter | | | |
| Closed | | | |
| JS-5/JS-6 | | | |
| JS-2/JS-3 | | | |
| Scan Only | | | |

Case No.: CV05-5942-AHM (FMOx)      Date: June 16, 2006

Title: KENNETH MUNSON v. DEL TACO, INC., et al.

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

No Appearance      No Appearance

**Proceedings:** (IN CHAMBERS):
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [Filed 5/22/06]; and
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [Filed 6/5/06]

On the Court's own motion, the Court hereby takes the Plaintiff's Motion for Partial Summary Judgment, set for hearing on June 19, 2006 at 10:00 a.m., and Defendant's Motion for Summary Judgment set for hearing on June 26, 2006 at 10:00 a.m., off calendar and under submission, indefinitely.



Initials of Preparer