1  SCOTT J. FERRELL, BAR NO. 202091
2  LISA A. WEGNER, BAR NO. 209917
   CALL, JENSEN & FERRELL
3  A Professional Corporation
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA  92660
   Phone (949) 717-3000
5  Fax (949) 717-3100
   sferrell@calljensen.com
6  lwegner@calljensen.com
7  Attorneys for Defendant DEL TACO, INC.
8

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority        ✓
Send            ___
Enter           ___
Closed          ___
JS-5/JS-6       ___
JS-2/JS-3       ___
Scan Only       ___

9              UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12  KENNETH MUNSON,                    Case No.  CV05-5942 AHM (FMOx)

13           Plaintiff,                JOINT STIPULATION RE:
                                       DEFENDANT'S MOTION IN LIMINE
14      vs.                            NO. 1 TO EXCLUDE REFERENCE
                                       TO ADA LAWSUITS FILED
15  DEL TACO, INC. AND DOES 1-20,      AGAINST DEFENDANTS;
                                       [PROPOSED] ORDER THEREON
16           Defendants.

17

18

19

20                                     Complaint Filed:  June 29, 2005
                                       Trial Date:       August 15, 2006
21

22

23       Plaintiff Kenneth Munson ("Plaintiff") and Defendant Del Taco, Inc. ("Del

24  Taco"), by and through their respective counsel of record, hereby stipulate and agree as

25  follows:

26  / / /

27  / / /

28  / / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

TAC01-27 stip re MIL No  1 DOC 7-7-06          - 1 -
JOINT STIPULATION RE DEFENDANT'S MOTION IN LIMINE NO. 1; [PROPOSED] ORDER THEREON

DOCKETED ON CM
JUL 1 2 2006
BY                012

## STIPULATION

1   **WHEREAS,** on or about July 7, 2006, Del Taco filed and served a Motion in Limine to Exclude Reference to all ADA Lawsuits Filed Against Del Taco on Plaintiff (the "MIL No. 1");

**WHEREAS,** Del Taco's MIL No. 1 sought to exclude evidence of prior (or future) ADA lawsuits filed against Del Taco at trial;

**WHEREAS,** Plaintiff has agreed not to offer evidence of any prior or future ADA lawsuits at trial in this matter;

**NOW, THEREFORE,** the parties stipulate that neither party will offer any evidence of any other ADA lawsuits against Del Taco, Inc. at trial in this matter.

Dated: July 7, 2006

CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL
LISA A. WEGNER

By_____
    Lisa A. Wegner
Attorneys for Defendant Del Taco, Inc.

Dated: July 7, 2006

CENTER FOR DISABILITY ACCESS, LLP

By:_____
    Russell C. Handy
Attorneys for Plaintiff Kenneth Munson

/ / /
/ / /
/ / /
/ / /

## ORDER

Good cause appearing for the above, IT IS HEREBY ORDERED that:

(1)    No evidence of any ADA lawsuits filed against Del Taco shall be admitted into trial in this matter; and

(2)    Del Taco's MIL No. 1, currently set for hearing on July 31, 2006, is off calendar.  All other Motions in Limine filed by Del Taco shall remain on calendar for July 31, 2006.

IT IS SO ORDERED.

Date: ___July 11, 2006___

The Honorable A. Howard Matz
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

SCANNED

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On July 10, 2006, I served the foregoing document described as **JOINT STIPULATION RE: DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO ADA LAWSUITS FILED AGAINST DEFENDANTS; [PROPOSED] ORDER THEREON** on the following person(s) in the manner indicated:

## SEE ATTACHED SERVICE LIST

[ X ]  (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ X ]  (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and an unsigned copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ X ]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 10, 2006, at Newport Beach, California.

_Elaine M. Padilla_
ELAINE M. PADILLA

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

## SERVICE LIST

Mark D. Potter, Esq.
Russell C. Handy, Esq.
Center for Disability Access, LLP
100 E. San Marcos Blvd., Suite 400
San Marcos, CA 92069
Tel:  (760) 480-4162
Fax:  (760) 480-4170

**Attorneys for
Plaintiff Kenneth Munson**

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION