CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 480-4162; Fax: (760) 480-4170

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MUNSON<br><br>Plaintiff,<br><br>v.<br><br>DEL TACO, INC., A California Corporation, and DOES 1 through 10, inclusive<br><br>Defendant | Case No.: CV 05-5942 AHM (FMOx)<br><br>**JOINT STIPULATION REGARDING DAMAGE AWARD IN LIEU OF TRIAL FOR DAMAGES;** and<br><br>**ORDER THEREON** AND JUDGMENT |

WHEREAS, the Court granted plaintiff's motion for partial summary judgment, finding that Del Taco, Inc. violated the Unruh Civil Rights Act and is liable to the plaintiff for damages; and

WHEREAS, defendant Del Taco, Inc. disagrees with the ruling and wishes to preserve its right to appeal the Court's ruling; and

WHEREAS, both parties wish to avoid the additional time and expense

Stipulation re: Damages            -1-            Case No: CV-05-5942 AHM (FMOx)
ORIGINAL

1  associated with a trial over the remaining issue of damages;

2

3  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, hereby
4  STIPULATE that based upon the Court's summary adjudication ruling, the jury would
5  award Mr. Munson $12,000 in damages at trial and, therefore, further STIPULATE that
6  the Court may enter judgment for damages in the amount of $12,000 in favor of the
7  plaintiff and against defendant Del Taco, Inc. in lieu of trial on the matter, with
8  defendant Del Taco explicitly reserving all post-trial and appellate rights as though the
9  case had been tried to judgment before a jury. Plaintiff reserves the right to file a
10 motion for attorney fees and costs.

11
12
13                              CENTER FOR DISABILITY ACCESS, LLP
14
15 Dated: 8-2-06                 _____
16                              Mark Potter, Esq.
                                Attorneys for Plaintiff
17
18
19                              CALL JENSEN & FERRELL
20
21
22 Dated: 8-2-06                 _____
                                Scott J. Ferrell
23                              Attorney for Defendant Del Taco, Inc.
24
25 **ORDER:**
26
    Having reviewed the parties stipulation, and finding good cause therefore, the
27
   Court accepts the parties stipulation, and enters **JUDGMENT** for the plaintiff and
28

Stipulation re Damages          -2-            Case No: CV-05-5942 AHM (FMOx)

against Del Taco, Inc. in the amount of $12,000 in damages in lieu of a trial on the matter. Del Taco, Inc. reserves all post-trial and appellate rights as though case had been tried to judgment before a jury.

Dated August 4, 2006            _____
                                United States District Judge

# PROOF OF SERVICE

Short Case Name: *Munson v. Del Taco, INC., et al.*
Case No.: **CV05-5942-AHM (FMOx)**

I, the undersigned, am over the age of eighteen years and am a resident of

San Diego County, California; I am not a party to the above-entitled action; my

business address is. 100 East San Marcos Blvd., Suite 400, San Marcos, CA 92069

On August 2, 2006, I served the following document(s):

**JOINT STIPULATION REGARDING DAMAGE AWARD IN LIEU OF TRIAL FOR DAMAGES and ORDER THEREON**

Addressed to:
Lisa A Wegner, Esquire
CALL JENSEN & FERRELL
610 Newport Center Drive Suite 700
Newport Beach, CA 92660

_____(BY FED-EX) I caused such documents to be sent via Fed-Ex overnight mailing.

_____ (BY FACSIMILE) In addition to service by mail as set forth above, the counsel by whose name an asterisk is affixed on the attached service list were also forwarded a copy of said document(s) by facsimile.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.

Executed on August 2, 2006, at San Marcos, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**Jessica H. Stepp**